■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCISCO VASQUEZ, Appellant.— Motion by appellant to dispense with printing, denied. A notice of appeal has not been filed; no appeal is pending in this court. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOHN FRANCIS CUPPINGER, Defendant.— Motion by defendant to file a late notice of appeal retroactively, denied. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE JOHN FAILLA, Appellant.— Motion by respondent to dismiss appeal, denied. Cross motion by appellant to dispense with printing, granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Cross motion by appellant to enlarge time to perfect the appeal, granted; time enlarged to the May Term, beginning April 23, 1962; appeal ordered on the calendar for said term. Cross motion by appellant for assignment of a Justice to settle the record on appeal upon the ground that the County Judge who tried the case is now a Justice of the Supreme Court. Motion denied as unnecessary. Section 458 of the Code of Criminal Procedure expressly provides that when "the defendant intends to appeal from a judgment entered after a trial of an issue of fact * * * it shall not be necessary to make a case * * * as prescribed in this section, but the appeal shall be heard upon the judgment-roll including the copy of the minutes of the trial filed as prescribed by section four hundred fifty-six [of the Code of Criminal Procedure]." Beldock, P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. EUGENE E. KALHOFER and NATHAN WOLFSON, Respondent.— Motion by respondents to dismiss appeal, granted; appeal dismissed. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD HARWOOD, Appellant.— Motion by appellant to enlarge time to perfect his appeal, granted; time enlarged to the May Term, beginning April 23, 1962; appeal ordered on the calendar for said term. Motion by appellant to fix bail, pending appeal, denied. While the appellate court has a general power to admit to bail (Code Crim. Pro., § 583), a defendant appealing from a judgment of conviction may be admitted to bail only if a certificate of reasonable doubt has been issued (Code Crim. Pro., §§ 555, 556). In this case such certificate may be issued only by the County Court, Queens County, or by the Supreme Court, Special Term, Queens County (Code Crim. Pro., § 529) — not by this court. The court issuing the certificate is also empowered to fix bail. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.